**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| SAPPHIRE DOLPHIN LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HARMAN INTERNATIONAL INDUSTRIES, INC.,<br><br>    Defendant. | C.A. No. 14-253-SLR<br><br>**JURY TRIAL DEMANDED** |

**STIPULATED MOTION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto that, pursuant to Fed. R. Civ. P. 41(a)(1)(A), all claims asserted by Sapphire Dolphin LLC against Harman International Industries, Inc. in the above captioned matter are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees incurred in this proceeding.

| | |
|---|---|
| BAYARD, P.A. | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Stephen B. Brauerman<br>Richard D. Kirk (#0922)<br>Stephen B. Brauerman (#4952)<br>222 Delaware Avenue, Suite 900<br>Wilmington, DE 19801<br>(302) 655-5000<br>sbrauerman@bayardlaw.com<br>*Attorneys for Plaintiff* | /s/ Julia Heaney<br>Julia Heaney (#3052)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jhefiling@mnat.com<br>*Attorneys for Defendant* |

Dated: November 11th, 2014

IT IS SO ORDERED this _____ day of November, 2014

                                                        _____
                                                        U.S.D.J.